**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**KIMBERLY BELL**                                                               **PLAINTIFF**

**V.**                                                                                  **NO. 4:20-CV-44-DMB-JMV**

**CITY OF GRENADA, MISSISSIPPI,**
**et al.**                                                                       **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of the Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 20th day of March, 2020.

                                                                   **/s/Debra M. Brown**
                                                                   **UNITED STATES DISTRICT JUDGE**